ALICE HERMAN et al., Respondents, *v.* CHAL ASSOCIATES, INC., Appellant, Impleaded with Another.

Submitted December 2, 1941; decided January 8, 1942.

*Herbert A. McDevitt* for appellant.

*Alvin C. Cass* and *Josephine E. Kestler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.